FILED

DEC 15 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HOUSTON GOFORTH,<br><br>Defendant. | CR 15-151-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DAVID HOUSTON GOFORTH is hereby released from the custody of the U.S. Marshal Service.

DATED this 15th day of December, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1